UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| COREY LONG | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | 24-cv-00173-J |
| PORTFOLIO RECOVERY ASSOCIATES, LLC., | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff, Corey Long, and Defendant, Portfolio Recovery Associates, LLC that the above entitled action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Dated: March 1, 2024

Respectfully submitted:


s/ Nkem A. House
Nkem A. House, OBA #21219
House Law Group
425 W. Wilshire Blvd., Ste. E
Oklahoma City, OK 73116
405.633.1709 (telephone)
houselawfirm@gmail.com (email)
ATTORNEY FOR PLAINTIFF